PROB 12B
ED/AR (8/2002)



# United States District Court

### for the

### Eastern District of Arkansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joyce Ann Holt                Case Number: 4:01CR00032-01 WRW

Name of Sentencing Judicial Officer:    Honorable William R. Wilson, Jr.
United States District Judge

Offense:              Count 1: Bank fraud,
Count 2: Unlawful use of social security number

Date of Sentence:     May 17, 2001

Sentence:             6 months Bureau of Prisons on each count to run concurrently with credit
given for time served, 5 years supervised release, mandatory drug testing,
financial conditions, $11,550 restitution, and $100 special penalty assessment

Type of Supervision:   Supervised Release      Date Supervision Commenced: May 17, 2001
Expiration Date: May 16, 2006

Asst. U.S. Attorney: Linda Lipe                 Defense Attorney: Richard Hughes

U.S. Probation Officer: Audrene J. Ellis
Phone No.: 501-604-5281

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows: The defendant shall pay $5 per month toward her
restitution balance.

### CAUSE

The Court previously ordered the following:   the defendant pay restitution in the amount of $11,550;
and  payments will be a minimum of 10 percent of the defendant's net monthly household income. Ms.
Holt has paid $1,075 toward her restitution obligation. Her current balance is $10,435. Ms. Holt has
been sporadic in making restitution payments due to her lack of full-time employment and her physical
ailments due to Hepatis C. She is unable to secure full-time employment and relies on family and
friends for financial support.

Prob 12B                                   -2-                        Request for Modifying the
                                                                    Conditions or Terms of Supervision
                                                                        with Consent of the Offender

Name of Offender:  Joyce Ann Holt                                        4:01CR00032-01 WRW


_Audrene Ellis_                                    _Linda Lipe_

Audrene J. Ellis                                   Linda Lipe
U.S. Probation Officer                             Assistant U.S. Attorney

Date: March 7, 2006                                Date:   3-8-06


This form is to be filed with Criminal Docketing as a motion.


THE COURT ORDERS:

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[✓]     The Modification of Conditions as Noted Above
[  ]    Other

                                                   _____
                                                   Signature of Judicial Officer

                                                   3/20/06
                                                   Date


This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_Alan Schainel_

Supervising U.S. Probation Officer

AJE/kyj


c:  Assistant Federal Public Defender, Richard Hughee,1401 West Capitol Avenue, Suite 490, Little
    Rock, Arkansas 72201
    Assistant U.S. Attorney, Linda Lipe, P.O. Box 1229, Little Rock, Arkansas 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Restitution payments will be a minimum of $5.00 per month.

Witness: _Andrene Ellis_          Signed: _Joyce Anne Holt_
U.S. Probation Officer                Probationer or Supervised Releasee

_Jan. 27, 2006_
DATE